# THE WEITZ LAW FIRM, P.A.

Bank of America Building<br>
18305 Biscayne Blvd., Suite 214<br>
Aventura, Florida 33160

October 3, 2021

<u>VIA CM/ECF</u>
Honorable Judge Lorna G. Schofield
United States District Court
Southern District of New York
40 Foley Square - Courtroom 1106
New York, NY 10007

    Re: Keung v. Relax Station Inc., et al.
       Case 1:21-cv-06406-LGS

Dear Judge Schofield:

  The undersigned represents the Plaintiff in the above-captioned case matter. The Initial Pretrial Conference in this matter is currently scheduled for October 7, 2021, at 10:40 a.m., in your Honor's Courtroom. However, Defendants have not yet appeared in this matter, having been properly served through the Secretary of State [D.E. 13, D.E. 14, D.E. 15 & D.E. 16]. In order to allow the parties adequate time to engage in early settlement discussions, while affording additional time for the defendants to appear, a 30-day adjournment of the Conference is hereby respectfully requested to a date most convenient to this Honorable Court.

  Thank you for your consideration of this first adjournment request.

            Sincerely,

            By: /S/   B. Bradley Weitz
              B. Bradley Weitz, Esq. (BW9365)
              THE WEITZ LAW FIRM, P.A.
              Attorney for Plaintiff
              Bank of America Building
              18305 Biscayne Blvd., Suite 214
              Aventura, Florida 33160
              Telephone: (305) 949-7777
              Facsimile:  (305) 704-3877
              Email: bbw@weitzfirm.com

_[Signature]_
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**

Application **GRANTED**. The initial conference scheduled for October 7, 2021 is **ADJOURNED** to **November 4, 2021 at 10:40 a.m.** The conference will be telephonic and will occur on the following conference line: 888-363-4749, access code: 5583333. The time of the conference is approximate, but the parties shall be prepared to begin at the scheduled time.

Dated:  October 4, 2021
   New York, New York