```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
  LIN KWOK KEUNG,                                           :
                              Plaintiff,                    :   21 Civ. 6406 (LGS)
                                                            :
                -against-                                   :   ORDER
                                                            :
  RELAX STATION INC., et al.,                               :
                              Defendants.                   :
------------------------------------------------------------:
                                                            X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the initial pretrial conference was scheduled for October 7, 2021. (Dkt. No. 11.)

WHEREAS, the Order dated August 12, 2021, required the parties to file a proposed case management plan and joint letter seven days before the initial pretrial conference.

WHEREAS, no such case management plan or joint letter was filed.

WHEREAS, on October 3, 2021, Plaintiff filed a motion to adjourn the initial conference. (Dkt. No. 17.)

WHEREAS, on October 4, 2021, the Court granted the motion and adjourned the conference to November 4, 2021. (Dkt. No. 18.)

WHEREAS, the parties failed to file a case management plan and joint letter seven days before the November 4, 2021, initial conference. It is hereby

**ORDERED** that if Plaintiff has been in communication with Defendants, then the parties shall file the joint status letter and proposed case management plan as soon as possible and no later than **November 2, 2021**, at **noon**. If Plaintiff has not been in communication with Defendants, he shall file a status letter regarding his efforts to serve Defendants and request an

adjournment of the initial conference as soon as possible and no later than **November 2, 2021**, at **noon**.

Dated: October 29, 2021
       New York, New York

                                                    LORNA G. SCHOFIELD
                                                  UNITED STATES DISTRICT JUDGE