# THE WEITZ LAW FIRM, P.A.

Bank of America Building<br>
18305 Biscayne Blvd., Suite 214<br>
Aventura, Florida 33160

November 1, 2021

**Application GRANTED.** The initial conference scheduled for November 4, 2021 is **ADJOURNED** to **December 2, 2021 at 10:40 a.m.** The conference will be telephonic and will occur on the following conference line: 888-363-4749, access code: 5583333. The time of the conference is approximate, but the parties shall be prepared to begin at the scheduled time.

**VIA CM/ECF**
Honorable Judge Lorna G. Schofield
United States District Court
Southern District of New York
40 Foley Square - Courtroom 1106
New York, NY 10007

Dated:  November 1, 2021
        New York, New York

*/s/ Lorna G. Schofield*
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

  Re: **Keung v. Relax Station Inc., et al.**
     Case 1:21-cv-06406-LGS

Dear Judge Schofield:

  The undersigned represents the Plaintiff in the above-captioned case matter. The Initial Pretrial Conference in this matter is currently scheduled for November 4, 2021, at 10:40 a.m., in your Honor's Courtroom. Unfortunately, none of the Defendants have yet to appear and/or answer in this matter, though served through the Secretary of State [D.E. 13, D.E. 14, D.E. 15 & D.E. 16].

  The undersigned counsel has undertaken additional efforts including follow-up courier correspondence with a copy of the Summons and Complaint to the subject facility location, and likewise Federal Express correspondence to a corporate address in order to facilitate contact from defendants.

  In order to allow the parties adequate time to engage in early settlement discussions, while affording additional time for the defendants to appear, a 30-day adjournment of the Conference is hereby respectfully requested to a date most convenient to this Honorable Court.

  Thank you for your consideration of this second adjournment request.

          Sincerely,

          By: /S/ B. Bradley Weitz
            B. Bradley Weitz, Esq. (BW9365)
            THE WEITZ LAW FIRM, P.A.
            Attorney for Plaintiff
            Bank of America Building
            18305 Biscayne Blvd., Suite 214
            Aventura, Florida 33160
            Telephone: (305) 949-7777
            Facsimile:  (305) 704-3877
            Email: bbw@weitzfirm.com