# THE WEITZ LAW FIRM, P.A.

Bank of America Building<br>
18305 Biscayne Blvd., Suite 214<br>
Aventura, Florida 33160

November 22, 2021

> Application **DENIED** without prejudice to renewal.  Plaintiff is advised that this motion was docketed in *Keung v. Relax Station Inc., et al.*, No. 21-cv-6406, however, the substance of the motion relates to a different case.  The Clerk of Court is respectfully directed to close the motion at Dkt. No. 22.
>
> Dated:  November 23, 2021
>         New York, New York
>
> *[signature]*
> **LORNA G. SCHOFIELD**
> **UNITED STATES DISTRICT JUDGE**

**VIA CM/ECF**
Honorable Judge Lorna G. Schofield
United States District Court
Southern District of New York
40 Foley Square - Courtroom: 1106
New York, NY 10007

Re:   ~~Norris v. Stick, Stone and Bone Inc., et al.~~ Keung v. Relax Station Inc, et al.,
      Case ~~1:21-cv-06901-LGS~~ No. 21-cv-6406

Dear Judge Schofield:

The undersigned represents the Plaintiff in the above-captioned case matter.

The Initial Pretrial Conference in this matter is currently scheduled for December 2, 2021, at 10:50 a.m., in your Honor's Courtroom.  However, Defendants, who were properly served [D.E. 8 and D.E. 9], have not yet appeared in this matter.  The undersigned counsel has undertaken additional efforts including follow-up correspondence to the subject facility location via courier, to solicit Defendants' response to the Complaint.  The undersigned has additionally also personally or directly served the Defendants to ensure receipt of the Summons and Complaint.  Furthermore, pursuant to Order [D.E. 11], dated October 22, 2021, in which the Plaintiff is to propose a date prior to the conference to present an Order to Show Cause for default judgment as to Defendants, the Plaintiff states that these additional steps, as stated above, have been taken to ensure that Defendant make an appearance regarding this lawsuit.  In order, therefore, to afford the parties additional time for the defendants to appear and to conduct preliminary settlement discussions, a 30-day adjournment of the Conference and a 30-day extension to propose a date to present an Order to Show Cause for default judgment as to Defendants, is hereby respectfully requested.

Thank you for your consideration of this second adjournment request, and first request to extend time to propose a date to present an Order to Show Cause.

Sincerely,

By: /S/ B. Bradley Weitz
    B. Bradley Weitz, Esq. (BW9365)
    The Weitz Law Firm, P.A.
    Attorney for Plaintiff