# THE WEITZ LAW FIRM, P.A.

Bank of America Building<br>
18305 Biscayne Blvd., Suite 214<br>
Aventura, Florida 33160

November 24, 2021

**Application GRANTED.** The initial conference scheduled for December 2, 2021, is **ADJOURNED** to **January 5, 2022, at 4:10 p.m.** The conference will be telephonic and will occur on the following conference line: 888-363-4749, access code: 5583333. The time of the conference is approximate, but the parties shall be prepared to begin at the scheduled time.

Dated: November 29, 2021
       New York, New York

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**

**VIA CM/ECF**
Honorable Judge Lorna G. Schofield
United States District Court
Southern District of New York
40 Foley Square - Courtroom 1106
New York, NY 10007

    Re:    Keung v. Relax Station Inc., et al.
            Case 1:21-cv-06406-LGS

Dear Judge Schofield:

      The undersigned represents the Plaintiff in the above-captioned case matter. The Initial Pretrial Conference in this matter is currently scheduled for December 2, 2021, at 10:40 a.m., in your Honor's Courtroom. However, Defendants have not yet appeared in this matter, having been properly served through the Secretary of State [D.E. 13, D.E. 14, D.E. 15 & D.E. 16]. The undersigned counsel has undertaken additional efforts including follow-up correspondence to the subject facility location via courier, and Federal Express mail to Defendants' corporate addresses. Additionally, apart from service of process through the Department of State, the undersigned has sent Defendants to be served via a private process server for Defendants to be served directly or personally, in order to solicit Defendants' response to the Complaint. Therefore, in order to allow the parties adequate time to engage in early settlement discussions, while affording additional time for the defendants to appear, a 30-day adjournment of the Conference is hereby respectfully requested to a date most convenient to this Honorable Court.

      The undersigned apologizes to the Court for previously filing the wrong letter in this matter. Thank you for your consideration of this second adjournment request.

                      Sincerely,

                      By: /S/   B. Bradley Weitz
                         B. Bradley Weitz, Esq. (BW9365)
                         THE WEITZ LAW FIRM, P.A.
                         Attorney for Plaintiff
                         Bank of America Building
                         18305 Biscayne Blvd., Suite 214
                         Aventura, Florida 33160
                         Telephone: (305) 949-7777
                         Facsimile:  (305) 704-3877
                         Email: bbw@weitzfirm.com