# THE WEITZ LAW FIRM, P.A.

Bank of America Building<br>
18305 Biscayne Blvd., Suite 214<br>
Aventura, Florida 33160

December 30, 2021

**VIA CM/ECF**
Honorable Judge Lorna G. Schofield
United States District Court
Southern District of New York
40 Foley Square - Courtroom 1106
New York, NY 10007

    Re: Keung v. Relax Station Inc., et al.
      Case 1:21-cv-06406-LGS

Dear Judge Schofield:

  The undersigned represents the Plaintiff in the above-captioned case matter. The Initial Pretrial Conference in this matter is currently scheduled for January 5, 2022, at 4:10 p.m., in your Honor's Courtroom. However, Defendants have not yet appeared in this matter, having been served through the Secretary of State [D.E. 13, D.E. 14, D.E. 15 & D.E. 16]. As per the previously letter motion to the Court, the undersigned counsel has undertaken additional efforts including follow-up correspondence by courier and federal express to the corporate locations and also the subject facility. Additionally, the undersigned will be sending correspondence, along with a courtesy copy of the Complaint and Summons to the Landlords/Defendants Property Tax mailing address, as corporate addresses are not necessarily updated with the Division of Corporations of the Dept. of State. Therefore, new Complaints are often served to a wrong or old address.

  Though the Tenant /Defendant has responded to the Court [D.E. 38], at this time, no legal representative has contacted this firm on their behalf. We have remitted the responding documents from the Court [D.E. 39] to them and have advised them to hire legal representation.

  Decidedly, the undersigned awaits a response to these efforts from the Defendants. Therefore, in order to allow additional time for the Defendants to appear, a 30-day adjournment of the Conference is hereby respectfully requested to a date most convenient to this Honorable Court.

  Thank you for your consideration of this third adjournment request.

                Sincerely,

                THE WEITZ LAW FIRM, P.A.

                By: /S/ B. Bradley Weitz
                  B. Bradley Weitz, Esq. (BW9365)
                  Attorney for Plaintiff

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**

Application **GRANTED**. The initial conference scheduled for January 5, 2022, is **ADJOURNED** to **February 2, 2022, at 4:10 p.m.** By **January 26, 2022**, the parties shall file a joint letter and proposed case management plan or Plaintiff shall file any motion for default judgment pursuant to Attachment A of the Court's Individual Rules. Defendants are advised that business entities, including corporations and limited liability companies, only can appear in federal court through a licensed attorney. (*See* Dkt. No. 39.) Plaintiff shall serve a copy of this Order on Defendants and shall file proof of service by **January 7, 2022**. The Clerk of Court is respectfully directed to close the motion at Dkt. No. 40.

Dated:  January 3, 2022
    New York, New York