UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X
                                                           :
LIN KWOK KEUNG et al.,                                     :
                                   Plaintiffs,             :
                                                           :          21 Civ. 6406 (LGS)
                     -against-                             :
                                                           :                ORDER
RELAX STATION INC. et al.,                                 :
                                   Defendants.             :
                                                           :
-----------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

        WHEREAS, the Order, dated January 3, 2022 (Dkt. No. 41), directed Plaintiff to file

proof of service of that Order by January 7, 2022.

        WHEREAS, Plaintiff has not filed proof of service.  It is hereby

        **ORDERED** that by **January 12, 2022**, Plaintiff shall file proof of service of the Court's

January 3, 2022 Order.

Dated: January 10, 2022
       New York, New York

                                            LORNA G. SCHOFIELD
                                         UNITED STATES DISTRICT JUDGE